1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA E. OREN, #297100
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
MATTHEW LEE ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-156-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MATTHEW LEE ROBERSON, et al., | DATE: November 5, 2019<br>TIME  9:15 a.m.<br>JUDGE: Hon. John A. Mendez |
| Defendants. | |

By this stipulation, the parties move to continue the status conference until December 3, 2019, and to exclude time between November 5, 2019 and December 3, 2019, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

a. The government will be producing additional discovery which defense counsel will need further time to review, discuss with the defendant and to pursue investigation. Defense counsel and the government are continuing their pre-trial discussions toward a possible resolution.

b. Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. Based on the above-stated findings, the ends of justice served by continuing the

1  case as requested outweigh the interest of the public and the defendants in a trial within the
original date prescribed by the Speedy Trial Act.

   d. For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 5, 2019 to December 3, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: October 31, 2019   Respectfully submitted,

            HEATHER E. WILLIAMS
            Federal Defender

            */s/ Noa E. Oren*
            NOA E. OREN
            Assistant Federal Defender
            Attorney for Matthew Lee Roberson

DATED: October 31, 2019   */s/ David Delmar Fischer*
            DAVID DELMAR FISCHER
            Attorney for Randy Lee Collins

DATED: October 31, 2019   MCGREGOR W. SCOTT
            United States Attorney

            */s/ Jason S. Hitt*
            Jason S. Hitt
            Assistant United States Attorney
            Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on December 3, 2019, at 9:15 a.m. The Court orders the time from November 5, 2019 up to and including December 3, 2019, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: October 31, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge