1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA E. OREN, #297100
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710

5

6  Attorney for Defendant
   MATTHEW LEE ROBERSON
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | Case No. 2:19-cr-156-JAM

12 |        Plaintiff,                | STIPULATION AND ORDER TO CONTINUE
                                       STATUS CONFERENCE
13 |        v.                        |

14 | MATTHEW LEE ROBERSON, et al.,    | DATE:   December 3, 2019
                                       TIME    9:15 a.m.
15 |        Defendants.               | JUDGE:  Hon. John A. Mendez

16
        By this stipulation, the parties move to continue the status conference until January 14,
17
   2020, and to exclude time between December 3, 2019 and January 14, 2020, under Local Code
18
   T4.
19
        The parties agree and stipulate, and request that the Court find the following:
20
        a.      The government will be producing additional discovery which defense counsel
21
   will need further time to review, discuss with the defendant and to pursue investigation. Defense
22
   counsel and the government are continuing their pre-trial discussions toward a possible
23
   resolution.
24
        b.      Defense counsel believes that failure to grant the above-requested continuance
25
   would deny counsel the reasonable time necessary for effective preparation, taking into account
26
   the exercise of due diligence.
27
        c.      Based on the above-stated findings, the ends of justice served by continuing the
28

   Stipulation and [Proposed] Order         -1-
   to Continue Status Conference

case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      d.    For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 5, 2019 to December 3, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: November 25, 2019          Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Noa E. Oren*
                                            NOA E. OREN
                                            Assistant Federal Defender
                                            Attorney for Matthew Lee Roberson

DATED: November 25, 2019          */s/ David Delmar Fischer*
                                            DAVID DELMAR FISCHER
                                            Attorney for Randy Lee Collins

DATED: November 25, 2019          MCGREGOR W. SCOTT
                                            United States Attorney

                                            */s/ Jason S. Hitt*
                                            Jason S. Hitt
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on January 14, 2020, at 9:15 a.m.  The Court orders the time from December 3, 2019 up to and including January 14, 2020, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: November 25, 2019                            /s/ John A. Mendez_____
                                                                         Hon. John A. Mendez
                                                                         United States District Court Judge