1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA E. OREN, #297100
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710

5

6  Attorney for Defendant
   MATTHEW LEE ROBERSON

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 2:19-cr-156-JAM
12 | Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
13 | v. |
14 | MATTHEW LEE ROBERSON, et al., | DATE: January 14, 2020
   |                              | TIME  9:15 a.m.
15 | Defendants.                  | JUDGE: Hon. John A. Mendez

       By this stipulation, the parties move to continue the status conference until February 11, 2020, and to exclude time between January 14, 2020 and February 11, 2020, under Local Code T4.

       The parties agree and stipulate, and request that the Court find the following:

       a.    The government will be producing additional discovery which defense counsel will need further time to review, discuss with the defendant and to pursue investigation. Defense counsel and the government are continuing their pre-trial discussions toward a possible resolution.

       b.    Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       c.    Based on the above-stated findings, the ends of justice served by continuing the

Stipulation and [Proposed] Order                    -1-
to Continue Status Conference

case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

        d.      For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 5, 2019 to December 3, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: January 13, 2020                Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ Noa E. Oren*
                                              NOA E. OREN
                                              Assistant Federal Defender
                                              Attorney for Matthew Lee Roberson

DATED: January 13, 2020                */s/ David Delmar Fischer*
                                              DAVID DELMAR FISCHER
                                              Attorney for Randy Lee Collins

DATED: January 13, 2020                MCGREGOR W. SCOTT
                                              United States Attorney

                                              */s/ Jason S. Hitt*
                                              Jason S. Hitt
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on February 11, 2020, at 9:15 a.m. The Court orders the time from January 14, 2020 up to and including February 11, 2020, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: January 13, 2020           /s/ John A. Mendez_____
                                  Hon. John A. Mendez
                                  United States District Court Judge