HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
MATTHEW LEE ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-156-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MATTHEW LEE ROBERSON, et al., | DATE: February 11, 2020<br>TIME 9:15 a.m.<br>JUDGE: Hon. John A. Mendez |
| Defendants. | |

By this stipulation, the parties move to continue the status conference until March 17, 2020, and to exclude time between February 11, 2020 and March 17, 2020, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

a. The government will be producing additional discovery which defense counsel will need further time to review, discuss with the defendant and to pursue investigation. Defense counsel and the government are continuing their pre-trial discussions toward a possible resolution.

b. Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. Based on the above-stated findings, the ends of justice served by continuing the

Stipulation and [Proposed] Order
to Continue Status Conference

-1-

case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      d.     For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 11, 2020 to March 17, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: February 6, 2020                  Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Noa E. Oren*
                                                NOA E. OREN
                                                Assistant Federal Defender
                                                Attorney for Matthew Lee Roberson

DATED: February 6, 2020                  */s/ David Delmar Fischer*
                                                DAVID DELMAR FISCHER
                                                Attorney for Randy Lee Collins

DATED: February 6, 2020                  MCGREGOR W. SCOTT
                                                United States Attorney

                                                */s/ Jason S. Hitt*
                                                Jason S. Hitt
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on March 17, 2020, at 9:15 a.m. The Court orders the time from February 11, 2020 up to and including March 17, 2020, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: February 6, 2020            /s/ John A. Mendez
                                   Hon. John A. Mendez
                                   United States District Court Judge