HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
MATTHEW LEE ROBERSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW LEE ROBERSON, et al.,<br><br>Defendants. | Case No. 2:19-cr-156-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:    June 2, 2020<br>TIME      9:15 a.m.<br>JUDGE:  Hon. John A. Mendez |
|---|---|

     By this stipulation, the parties move to continue the status conference until July 14, 2020, and to exclude time between June 2, 2020 and July 14, 2020, under Local Code T4.

     The parties agree and stipulate, and request that the Court find the following:

     a.    The government will be producing additional discovery which defense counsel will need further time to review, discuss with the defendant and to pursue investigation. Defense counsel and the government are continuing their pre-trial discussions toward a possible resolution.

     b.    Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     c.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

     d.    For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. §

3161, et seq., within which trial must commence, the time period of June 2, 2020 to July 14, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: May 26, 2020                    Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Noa E. Oren*
                                       NOA E. OREN
                                       Assistant Federal Defender
                                       Attorney for Matthew Lee Roberson


DATED: May 26, 2020                    */s/ David Delmar Fischer*
                                       DAVID D. FISCHER
                                       Attorney for Randy Lee Collins


DATED: May 26, 2020                    MCGREGOR W. SCOTT
                                       United States Attorney

                                       */s/ Jason S. Hitt*
                                       JASON S. HITT
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on July 14, 2020, at 9:00 a.m. The Court orders the time from June 2, 2020 up to and including July 14, 2020, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: May 26, 2020                         /s/ John A. Mendez_____
                                            Hon. John A. Mendez
                                            United States District Court Judge