HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710

Attorney for Defendant
MATTHEW LEE ROBERSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW LEE ROBERSON,<br><br>Defendants. | Case No. 2:19-cr-156-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:     July 14, 2020<br>TIME       9:15 a.m.<br>JUDGE:   Hon. John A. Mendez |

By this stipulation, the parties move to continue the status conference until August 25, 2020, and to exclude time between July 14, 2020 and August 25, 2020, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

a. The government will be producing additional discovery which defense counsel will need further time to review, discuss with the defendant and to pursue investigation. Defense counsel and the government are continuing their pre-trial discussions toward a possible resolution.

b. Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

1          d.      For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 14, 2020 to August 25, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: July 7, 2020            Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Noa E. Oren*
                                          NOA E. OREN
                                          Assistant Federal Defender
                                          Attorney for Matthew Lee Roberson

DATED: July 7, 2020            MCGREGOR W. SCOTT
                                          United States Attorney

                                          */s/ Jason S. Hitt*
                                          JASON S. HITT
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

1                                           ORDER

2     The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

    The Court orders a status conference on August 25, 2020, at 9:15 a.m.  The Court orders the time from July 14, 2020 up to and including August 25, 2020, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: July 8, 2020                /s/ John A. Mendez
                                   Honorable John A. Mendez
                                   UNITED STATES DISTRICT COURT JUDGE